# ELECTRONIC RECORD

COA # 02-14-00075-CR          OFFENSE: 1.01

STYLE: Ruth Pin Rogmad v. The State of Texas          COUNTY: Parker

COA DISPOSITION: AFFIRMED          TRIAL COURT: 415th District Court

DATE: 05/14/15          Publish: NO     TC CASE #: CR12-0294

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ruth Pin Rogmad v. The State of Texas          CCA #: 716-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**